UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-20957-CIV-UNGARO/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ONE 32' CARRERA VESSEL,

    Defendant.
_____/

### ORDER GRANTING, BY DEFAULT, PLAINTIFF'S MOTION TO COMPEL CLAIMANT TO COMPLY WITH DISCOVERY REQUESTS

Presently pending before the Court is Plaintiff's Motion To Compel Claimant To Comply With Discovery Requests (DE # 21).  This motion is referred to the undersigned Magistrate Judge (DE # 21).  Claimant has not responded in opposition and the last day to timely file a response was September 29, 2008.

Therefore, pursuant to Local Rule 7.1 C., it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion To Compel Claimant To Comply With Discovery Requests (DE # 21), is **GRANTED by default**.  On or before October 10, 2008, Claimant must provide responses to the government's discovery requests.  Failure to provide discovery responses may lead to the imposition of sanctions, which may include the striking of Claimant's answer and claim, and/or the entry of a default judgment in favor of the United States.

**DONE AND ORDERED** in chambers at Miami, Florida, on September 30, 2008.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
**The Honorable Ursula Ungaro,**
    **United States District Judge**
**All counsel of record**